ANNA LEVINE, Respondent, v. HENRY GORDON, as Executor, etc., of ISAAC GORDON, Deceased, Appellant.— Judgment and order reversed and new trial granted, with costs to abide the event, upon the ground that it

was error substantially prejudicial to the defendant for the trial justice to overrule defendant's objection at folios 118, 267 and 268, and to permit the plaintiff there to testify to alleged personal transactions with the decedent.* Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

---

*See Code Civ. Proc. § 829.— [REP.